UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-14039-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID HENDERSON LONGWELL,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on February 8, 2018. A Report and Recommendation was filed on February 15, 2018, [ECF No. 23], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 23], of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts One of the Indictment, which charges the Defendant with receipt of material containing visual depictions of sexual exploitation of minors, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this __6__ day of March, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Maynard
All Counsel Of Record